**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GUAVA LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 0:13-cv-00321

Judge: Hon. Richard H. Kyle

Magistrate Judge: Hon. Janie S. Mayeron

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Guava LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Guava LLC

DATED: February 18, 2013

By:    s/ Michael K. Dugas
       Michael K. Dugas
       Bar No. 0392158
       Attorney for Plaintiff
       40 South 7th Street
       Suite 212 – 307
       Minneapolis, MN 55402
       Telephone: (888) 588-9473
       mkdugas@livewireholdings.com