UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GUAVA, LLC, | CASE NO. 13-cv-00321 |
| Plaintiff, | |
| | Judge: Hon. Richard H. Kyle |
| v. | |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Guava, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

GUAVA, LLC

DATED: March 11, 2013

By:  s/ Michael K. Dugas
     Michael K. Dugas
     Bar No. 0392158
     Attorney for Plaintiff
     40 South 7th Street
     Suite 212 – 307
     Minneapolis, MN 55402
     Telephone: (888) 588-9473
     mkdugas@livewireholdings.com

1